IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2008

Charles R. Fulbruge III
Clerk

No.07-30992

CARL J. SERVAT, JR.

Plaintiff-Appellee

V.

AMERICAN HERITAGE LIFE INSURANCE COMPANY

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
2:04-CV-2928

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM:*

   For essentially the reasons stated by the district court, we AFFIRM.

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.